UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                         :

Jose Juarez Tiburcio,                   :

                                          :

                      Petitioner,   :                  25-CV-10617

                                          :

              -against-           :

                                          :        **ORDER TRANSFERRING VENUE**

LaDeon Francis, in his official capacity as   :        **TO THE U.S. DISTRICT COURT**
Acting Field Office Director of New York   :        **FOR THE DISTRICT OF NEW**
Immigration and Customs Enforcement, *et al.*,  :           **JERSEY**

                                          :

                    Respondents. :

                                          :

------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I am in receipt of Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241, which was filed on December 22, 2025 at 3:30 p.m. EST by Jonathan Juarez Villa, Petitioner's son, as Petitioner's next friend.[1]  (Doc. 1 ("Habeas Petition").)  I held an initial telephonic case conference on Tuesday, December 23, 2025, at 3:30 P.M. EST to discuss venue.  Although the Habeas Petition states that Petitioner was held at 26 Federal Plaza, New York, NY at the time of the filing of the Habeas Petition, *see id.* at 4, counsel for the Government represented during the telephonic case conference that the Petitioner was detained at the Delaney Hall Detention Facility in Newark, NJ at the time of the filing of the Habeas Petition.

       Accordingly, it is hereby:

       ORDERED that this action be transferred to the U.S. District Court for the District of New Jersey under 28 U.S.C. § 1631.

---

[1] A petition for a writ of habeas corpus may be brought either "by the person for whose relief it is intended or by someone acting in his [or her] behalf."  28 U.S.C. § 2242.  "Although a significant relationship with the real party in interest is relevant to the appointment of a next friend, it is neither required nor dispositive."  *Doe v. Hochul*, 139 F.4th 165, 178 (2d Cir. 2025).  A next friend may be the petitioner's family member.

IT IS FURTHER ORDERED that the seven-day waiting period in Local Civil Rule 83.1 shall be waived.

IT IS FURTHER ORDERED that, as part of this transfer, further action of the pending Order to Show Cause why a petition for a writ of habeas corpus should not be granted shall be left to the discretion of the District Court Judge assigned upon the transfer.

IT IS FURTHER ORDERED that, in accordance with my previously issued Order to Show Cause, (Doc. 3), Petitioner shall not be transferred out of the United States absent further order of this court or the District Court Judge assigned upon the transfer.

The Clerk of Court is respectfully directed to effectuate the transfer of this action to the U.S. District Court for the District of New Jersey immediately.

SO ORDERED.

Dated:      December 23, 2025
            New York, New York

Vernon S. Broderick
United States District Judge